UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| SIMON OLIVER, | ) | |
| | ) | |
| Petitioner, | ) | Civil No. 10-21-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| PHILLIP PARKER, Warden, | ) | **ORDER** |
| | ) | |
| Respondent. | ) | |
| | ) | |

*** *** *** ***

This matter is before the Court for review of the Recommended Disposition of United States Magistrate Judge Hanly A. Ingram filed on August 9, 2012. [R. 22.] His Report and Recommendation advises the parties that any objections must be filed within fourteen days of service. [*Id.* at 34.] As of this date, neither party has filed objections or sought an extension of time to do so.

Generally, the Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(C). When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusion, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a Magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and it agrees with the Magistrate Judge's Recommended Disposition and the grounds articulated therein.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

(1) The Recommended Disposition [R. 22] of United States Magistrate Judge Hanly A. Ingram is **ADOPTED** in full and **INCORPORATED** herein by reference as and for the Opinion of the Court; and

(2) Pro se Petitioner Simon Oliver's Petition for Writ of Habeas Corpus [R. 5] is **DENIED**; and

(4) Judgment will be entered contemporaneously with this Order in favor of the Respondent.

This 1st day of March, 2013.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge